```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JESUS GUZMAN,

                Plaintiff,

   - against -

CLEANING PROJECT 23 INC., ET AL.,

                Defendants.

23-cv-4950 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **August 14, 2023.**

SO ORDERED.

Dated:   New York, New York
          July 31, 2023

                                          /s/ John G. Koeltl
                                         John G. Koeltl
                                       United States District Judge