UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JESUS GUZMAN,

                      Plaintiff(s)

                      23 civ 4950 (JGK)

      -against-

CLEANING PROJECT 23 INC (LAUNDRY
PROJECT 23),

                      Defendant(s).
-----------------------------------------------------------X

## ORDER

    A scheduling order having been entered on August 15, 2023.

    The conference scheduled for Tuesday, October 19, 2023, at 3:00pm, is canceled.

**SO ORDERED.**

                                                  **JOHN G. KOELTL**
                                       **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 11, 2023