```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

JESUS GUZMAN,

                Plaintiff,

  - against -

CLEANING PROJECT 23 INC (DBA LAUNDRY PROJECT 23), ET AL.,

                Defendants.

23-cv-4950 (JGK)

ORDER

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    To assist the Court in determining the reasonableness of the settlement and attorney's fees, by **April 29, 2024,** the plaintiff should provide the following information: (1) the settlement agreement; (2) an explanation of the reasonable and adequate nature of the settlement and attorney's fees; and (3) the information necessary to calculate the "lodestar cross-check" -- namely the time records for the attorney work performed, the usual hourly rate for the plaintiff's counsel, and a brief biography of any lawyers who worked on the case.

SO ORDERED.

Dated:    New York, New York
           April 15, 2024

                                          John G. Koeltl
                                        United States District Judge