**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JESUS GUZMAN,

                  Plaintiff,
    -against-                                                                23 **CIVIL** 4950 (JGK)

                                                                                                **JUDGMENT**

CLEANING PROJECT 23 INC. (DBA LAUNDRY
PROJECT 23), ET AL.,

                  Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed Order dated April 26, 2024, the Court has approved the settlement, including the provision of attorney's fees and costs, as fair reasonable and adequate. Judgment is entered for Plaintiff and against the Defendants in the amount of $9,250.00. The case is dismissed with prejudice pursuant to the settlement agreement; accordingly, the case is closed.

**Dated:** New York, New York

      April 29, 2024

                                                                        **RUBY J. KRAJICK**
                                                                          **Clerk of Court**

                                                       **BY:**     *K. Mango*

                                                                           **Deputy Clerk**